# United States Court of Appeals
# for the Fifth Circuit

_____

No. 23-10232
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**
September 7, 2023

Lyle W. Cayce
Clerk

United States of America,

Plaintiff—Appellee,

versus

Omero Nino-Guerrero,

Defendant—Appellant.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:22-CR-69-1

_____

Before Jones, Southwick, and Ho, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Omero Nino-Guerrero has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011).  Nino-Guerrero has not filed a response.  We have reviewed

_____

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 23-10232

counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.